UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA MARIA AGUIAR-ALCALA, | No. ED CV 14-00778-VBK |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED:  October 7, 2014                              /s/
                                      VICTOR B. KENTON
                                      UNITED STATES MAGISTRATE JUDGE